**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08 CV 406**

BILLY RAY JORDAN,                           )
                                            )
    Plaintiff                           )
                                            )
V                                           )            **ORDER**
                                            )
INTERSTATE ROAD                             )
MANAGEMENT CORP.,                           )
                                            )
    Defendant                           )

**THIS MATTER** is before the court on Wyatt S. Stevens' Application for Admission to Practice *Pro Hac Vice* of Michael L. Thompson. It appearing that Michael L. Thompson is a member in good standing with the Alabama and Texas Bar and will be appearing with Wyatt S. Stevens, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Wyatt S. Stevens' Application for Admission to Practice *Pro Hac Vice* (#3) of Michael L. Thompson is **GRANTED**, and that Michael L. Thompson is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Wyatt S. Stevens.

Signed: September 2, 2008

Dennis L. Howell
United States Magistrate Judge