# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:08cv406

| | | |
|---|---|---|
| **BILLY RAY JORDAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **INTERSTATE ROAD MANAGEMENT CORP.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court the consent Motion to Stay Deadline for Initial Attorney's Conference. In light of the court's last Order, the request will be denied as counsel can conduct their IAC with plaintiff or his counsel at the scheduled hearing. Indeed, the court may well consolidate these issues and proceed to the issuance of a Pretrial Order during such hearing.

## ORDER

**IT IS, THEREFORE, ORDERED** that the consent Motion to Stay Deadline for Initial Attorney's Conference (#10) is **DENIED**, and the IAC may be conducted on October 23, 2008.

Signed: October 16, 2008

_____
Dennis L. Howell
United States Magistrate Judge