# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:08cv406

| | |
|---|---|
| BILLY RAY JORDAN,                )<br>                                               )<br>    Plaintiff,                            )<br>                                               )<br>Vs.                                          )              **ORDER**<br>                                               )<br>INTERSTATE ROAD MANAGEMENT )<br>CORP.,                                    )<br>                                               )<br>    Defendant.                         )<br>_____ ) | |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a motion filed by plaintiff's counsel entitled, "Motion to be Released" (#9) and an "Amended Motion for Order Permitting Withdrawal of Counsel" (#13) and it appearing to the court that the plaintiff was present for the hearing of these motions and after cautionary instructions from the court, the plaintiff advised the court that he had no objection to the withdrawal of his attorneys. The court has previously filed an order allowing motion (#9).

## ORDER

**IT IS, THEREFORE, ORDERED** that the "Amended Motion for Order Permitting Withdrawal of Counsel" (#13) be **ALLOWED** and that Boyd B. Massagee

III and the firm of Prince, Youngblood & Massagee, PLLC and Steven J. Allen and the firm of Steven J. Allen, PLLC are hereby **ALLOWED** and permitted to withdraw as counsel for the plaintiff in the above referenced matter.

Signed: October 28, 2008

Dennis L. Howell
United States Magistrate Judge