# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08cv406

| | |
|---|---|
| **BILLY RAY JORDAN,** )  )  **Plaintiff,** )  )  Vs. )  )  **INTERSTATE ROAD MANAGEMENT** )  **CORP.,** )  )  **Defendant.** )  _____ ) | **ORDER** |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a "Motion for Leave to File Amended Complaint" (#16) filed herein by plaintiff's former counsel, and it appearing to the court that the defendant has no objection to the motion and further has advised that further service of the Amended Complaint on the part of the plaintiff upon the defendant is not necessary. It appears that good cause has been shown for the granting of the amendment.

## ORDER

**IT IS, THEREFORE, ORDERED** that the "Motion for Leave to File Amended Complaint" (#16) be **ALLOWED** and the defendant is allowed up to and including **December 1, 2008** to respond or file answer or other appropriate response to the Amended Complaint.

Signed: October 30, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge