# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:08cv406

| | |
|---|---|
| **BILLY RAY JORDAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **INTERSTATE ROAD MANAGEMENT** ) | |
| **CORP.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's Motion to Dismiss the Amended Complaint. Review of that pleading reveals that former counsel for plaintiff failed to file the plaintiff's Amended Complaint, as instructed, prior to being relieved in this matter. The Clerk of this court will be instructed to file the proposed Amended Complaint (docket entry #16-1) as the Amended Complaint, with a protective filing date of November 3, 2008.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of this court is instructed to file the proposed Amended Complaint (docket entry #16-1) as the Amended Complaint, with a protective filing date of November 3, 2008, *nunc pro tunc*.

Signed: December 1, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge